# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * | * | |
| **JOHN E. KETTLE and ANNE R. KETTLE,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **No. 04-683T**<br>**Filed: February 8, 2007** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

The court is in receipt of the parties' January 22, 2007 joint status report, reflecting that the United States Supreme Court granted certiorari in the Hinck case. See Hinck v. United States, 64 Fed. Cl. 71 (2005), aff'd, 446 F.3d 1307 (Fed. Cir. 2006), cert. granted, No. 06-376, 2007 WL 80666 (U.S. Jan. 12, 2007). The parties propose that this court await final appellate action in the Hinck case, since the issue in the above-captioned case is the same. The court concurs, and continues the **STAY** in the above-captioned case, as well as in the cases consolidated under Kettle and assigned to this judge: Plowman v. United States, No. 05-695T; Glass v. United States, No. 05-696T; Mitchell v. United States, No. 05-1074T; Brandsted v. United States, No. 05-1315T; Weidemann v. United States, No. 05-1384T.

The parties shall continue to file periodic joint status reports, with the next report due on or before **Tuesday, May 1, 2007**, and quarterly thereafter. In addition, the court **ORDERS** that, on or before five days after a decision is issued by the United States Supreme Court, the parties shall file a joint status report addressing the impact of the decision, include a copy of the decision, and propose future proceedings in the consolidated cases.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**